**Fill in this information to identify the case:**

Debtor 1: Joseph C. Antonellis

Debtor 2 (Spouse, if filing): Laura A. Antonellis

United States Bankruptcy Court for the: District of MA (State)

Case number: 14-30880-MSH

Official Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust

**Court claim no. (If known):** Trustee Claim No. 3

**Last 4 digits of any number you use to identify the debtor's account:** 9 1 1 0

**Property address:** 8 Old Quarry Road
Westfield, MA 01085

## Part 2: Prepetition Default Payments

Check one:

☐ Creditor states that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $1,986.11

## Part 3: Postpetition Default Payments

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $43,100.09 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $23,771.00 |
| c. Total. Add lines a and b. | (c) | $66,871.09 |

Creditor asserts that the debtor(s) are contractually Obligated for the postpetition payment(s) that first became Due on:   02/01/2017   MM/DD/YYYY

Debtor 1    Joseph Antonellis                        Case number (If known) __14-30880-MSH__

### Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5:  Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under the penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _/s/ signature_                                Date  6/28/19

Print:   Adam D. Lewis, Esq.                                Title  Attorney for the Creditor
         First Name      Middle Name       Last Name

Company:  O'Connell, Attmore & Morris, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address:  1500 Main Street, Suite 1710, P.O. Box 15309
          Number              Street

          Springfield         MA          01115
          City                State       Zip Code

Contact phone:  (413) 747 - 1773                    Email  alewis@oamlaw.com

**Loan Information**

| | |
|---|---|
| Loan # | Ending in 9110 |
| Borrower | Antonellis, Joseph & Laura |
| BK Case # | 14-30880 |

| Date | Amount Rcvd | Post Pet Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | Late Charges | Corporate Advances | Escrow Advance | Attorney's Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/17 | $37,200.00 | 10/01/14 | $1,486.21 | -$1,486.21 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 11/01/14 | $1,486.21 | $35,713.79 | $35,713.79 | | $35,713.79 | $0.00 | | | |
| | | 12/01/14 | $1,486.21 | -$1,486.21 | | $1,486.21 | $34,227.58 | $0.00 | | | |
| | | 01/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $32,741.37 | $0.00 | | | |
| | | 02/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $31,255.16 | $0.00 | | | |
| | | 03/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $29,768.95 | $0.00 | | | |
| | | 04/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $28,282.74 | $0.00 | | | |
| | | 05/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $26,796.53 | $0.00 | | | |
| | | 06/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $25,310.32 | $0.00 | | | |
| | | 07/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $23,824.11 | $0.00 | | | |
| | | 08/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $22,337.90 | $0.00 | | | |
| | | 09/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $20,851.69 | $0.00 | | | |
| | | 10/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $19,365.48 | $0.00 | | | |
| | | 11/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $17,879.27 | $0.00 | | | |
| | | 12/01/15 | $1,486.21 | -$1,486.21 | | $1,486.21 | $16,393.06 | $0.00 | | | |
| | | 01/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $14,906.85 | $0.00 | | | |
| | | 02/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $13,420.64 | $0.00 | | | |
| | | 03/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $11,934.43 | $0.00 | | | |
| | | 04/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $10,448.22 | $0.00 | | | |
| | | 05/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $8,962.01 | $0.00 | | | |
| | | 06/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $7,475.80 | $0.00 | | | |
| | | 07/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $5,989.59 | $0.00 | | | |
| | | 08/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $4,503.38 | $0.00 | | | |
| | | 09/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $3,017.17 | $0.00 | | | |
| | | 10/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $1,530.96 | $0.00 | | | |
| | | 11/01/16 | $1,486.21 | -$1,486.21 | | $1,486.21 | $44.75 | $0.00 | | | |
| 08/31/17 | $2,972.42 | 12/01/16 | $1,486.21 | $1,486.21 | $2,972.42 | | $44.75 | $0.00 | | | |
| | | 01/01/17 | $1,486.21 | -$1,486.21 | | $1,486.21 | $44.75 | $0.00 | | | |
| due | | 02/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $0.00 | | $8,088.82 | |
| | | 03/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $0.00 | | | |
| 03/16/17 | | | | | | | | $30.69 | | | |
| 04/04/17 | | 04/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | | | $1,195.89 | |
| 04/25/17 | | | | | | | | $30.69 | | | |
| 04/25/17 | | | | | | | | | | $1,307.00 | |
| 05/16/17 | | 05/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| 5/16/2017 | | 06/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| 7/6/2017 | | 07/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | | | $1,183.17 | |
| 7/16/2017 | | | | | | | | $30.69 | | | |
| 8/16/2017 | | 08/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| 8/31/2017 | | | | | | | | | | -$926.08 | |
| 9/16/2017 | | 09/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| 10/10/2017 | | 10/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | | | $1,183.16 | |
| 10/16/2017 | | | | | | | | $30.69 | | | |
| 11/2/2017 | | 11/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | | | $1,547.16 | |
| 11/16/2017 | | | | | | | | $30.69 | | | |
| 12/16/2017 | | 12/01/17 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| 1/16/2018 | | 01/01/18 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |
| | | 02/01/18 | $1,486.21 | -$1,486.21 | | | $44.75 | $30.69 | | | |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2018 | | | | | | | |
| 3/16/2018 | 03/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 3/19/2018 | | | | | | | |
| 4/16/2018 | 04/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | $847.28 |
| 4/20/2018 | | | | | | | |
| 5/16/2018 | 05/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | -$463.04 |
| 6/16/2018 | 06/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 6/18/2018 | 07/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 7/7/2018 | | | | | | | $1,206.13 |
| 7/16/2018 | | | | | | | |
| 8/16/2018 | 08/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 8/20/2018 | | | | | | | $1,542.93 |
| 9/16/2018 | 09/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 10/16/2018 | 10/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 10/18/2018 | | | | | | | $1,206.13 |
| 11/16/2018 | 11/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | -$463.04 |
| 11/15/2018 | | | | | | | |
| 12/16/2018 | 12/01/18 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 12/17/2018 | 01/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 1/16/2019 | | | | | | | |
| 1/30/2019 | 02/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | $13.50 | $4,005.61 |
| 2/5/2019 | | | | | | | |
| 2/16/2019 | | | | | | | |
| 2/21/2019 | 03/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | $1,031.00 |
| 3/12/2019 | | | | | | | -$853.36 |
| 3/16/2019 | 04/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 4/11/2019 | | | | | | | $1,259.42 |
| 4/16/2019 | 05/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 5/16/2019 | 06/01/19 | $1,486.21 | -$1,486.21 | $44.75 | $30.69 | | |
| 5/16/2019 | | | | | | | |
| Total | | 43,100.09 | | $859.32 | | $13.50 | $21,867.18 $1,031.00 |

## CERTIFICATE OF SERVICE

    I, Adam D. Lewis, Esq., attorney for the within-named creditor, hereby certify that I have this 28th day of June, 2019 served a copy of the following interested parties of the within document by mailing a copy, therefor, via first class mail, postage prepaid, or via the CM/ECF system if they are registered users, to the following:

Joseph C. Antonellis  
8 Old Quarry Road  
Westfield, MA 01085  

Richard King  
Office of the US Trustee  
446 Main Street, 14th Floor  
Worcester, MA 01608  

Denise M. Pappalardo  
Chapter 13 Trustee  
P. O. Box 16607  
Worcester, MA 01601  

Eric D. Kornblum, Esq.  
Law Office of Eric Kornblum  
94 North Elm Street  
Suite 402  
Westfield, MA 01085  

_____  
Adam D. Lewis, Esq., BBO #678494